IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DRAGAN VIDOVIC, *et al.*, | CASE NO.:   1:10 CV 1833 |
| Plaintiffs, | |
| v. | JUDGE DONALD C. NUGENT |
| MENTOR CITY SCHOOL DISTRICT, *et al.*, | |
| Defendants. | <u>JUDGMENT ORDER</u> |

For all of the reasons set forth in this Court's Memorandum Opinion and Order, Plaintiffs' Motion for Summary Judgment (ECF #86) is DENIED, and Defendants' Motion for Summary Judgment (ECF #84) is GRANTED.  The federal claims set forth in Counts One through Five of the Amended Complaint are dismissed with prejudice.  Counts Six through Eight, which set forth state law claims for negligence, spoilation of evidence, and bad faith, are dismissed without prejudice and may, if appropriate, be re-filed in state court.  This case is dismissed.  IT IS SO ORDERED.

     /s/ Donald C. Nugent
DONALD C. NUGENT
United States District Judge

DATED: <u>  January 30, 2013  </u>